THE PEOPLE OF THE STATE OF NEW YORK v. SAM FUND.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

VICTORIA FILS, an Infant, etc., v. ALBERT A. ARDITTI.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

DAVID EDWARD HOAG v. ELLEN WELLS PROBST.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BENJAMIN L. GREY v. LOUNSBURY-SOULE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

VICTOR MELNECHUCK, Individually and on Behalf of All Others Similarly Situated, etc., and Others, v. TIMOTHY CHEMKOWITZ and Others, Impleaded with ADAM PHILIPPOVSKY, Individually and as Ruling Bishop of the Russian Orthodox Church in the Diocese of North America, and Others, and PLATON ROZDESTVENSKY. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of ADAM PHILIPPOVSKY v. PLATON ROZDESTVENSKY.— Motion denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

VICTOR MELNECHUCK, Individually and on Behalf of All Others Similarly Situated, etc., and Others, v. TIMOTHY CHEMKOWITZ and Others, Impleaded with ADAM PHILIPPOVSKY, Individually, etc., and PLATON ROZDESTVENSKY. (MAURICE B. GLUCK, Attorney, Appellant.) — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

VICTOR MELNECHUCK, Individually and on Behalf of All Others Similarly Situated, etc., and Others, v. TIMOTHY CHEMKOWITZ and Others, Impleaded with ADAM PHILIPPOVSKY, Individually, etc., and PLATON ROZDESTVENSKY. (MAURICE B. GLUCK, Attorney, Appellant.) — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOHN S. KEDROVSKY, Individually and on Behalf of All Others Similarly Situated, etc., v. ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH, Alleged Corporation, and Others, PLATON ROZDESTVENSKY, Impleaded with ADAM PHILIPPOVSKY and MERRILL E. GATES, JR., as Receiver, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of MAURICE B. GLUCK v. PLATON ROZDESTVENSKY.— Motion denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Judicial Settlement of Account of Proceedings of GUARANTY TRUST COMPANY OF NEW YORK (Successor by Merger to MORTON TRUST COMPANY), as Appointee, etc., of GEORGE PARBURY POLLEN, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MADELEINE S. STERN v. CARRIE MAUTNER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.